# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOPHIA LOPEZ, | ) | 1:09cv02174 LJO JLT |
| | ) | |
| Plaintiff, | ) ) ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| MARTHA JOHNSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

   Plaintiff Sophia Lopez ("Plaintiff") is proceeding pro se in this action. Plaintiff filed her complaint on December 15, 2009, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the application is not properly signed under penalty of perjury.

   Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within thirty (30) days of the date of service of this order. Failure to comply with this order may result in a recommendation that this action be dismissed.


   IT IS SO ORDERED.

   Dated:   **December 30, 2009**              **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE