IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTHA JOHNSON, and<br>RENEE RICHARDSON,<br><br>　　　　　Defendants. | 1:09-cv-02174 LJO JLT<br><br>ORDER REQUIRING PAYMENT OF FILING FEES |

On December 15, 2009, Plaintiff filed a motion to proceed *in forma pauperis*. [Doc 3] The motion was not signed under penalty of perjury. On December 31, 2009, the Court ordered Plaintiff to submit a complete motion to proceed *in forma pauperis* and warned Plaintiff that her failure to comply with the order may result in a recommendation to dismiss the action.. [Doc 5]

On January 7, 2010, Plaintiff again filed a motion to proceed *in forma pauperis*. [Doc 6] Although this motion contained some additional information, once again, it was not signed under penalty of perjury. Finally, on January 11, 2010, the Court ordered Plaintiff to file an amended affidavit to support her request to proceed *in forma pauperis*. [Doc #7] In its order, the Court admonished Plaintiff that her failure to comply could result in denial of her motion to proceed *in forma pauperis*. Id. Plaintiff has not responded.

Given the incomplete, unsigned motion, the Court must deny Plaintiff's request to proceed *in*

*forma pauperis* without prejudice.   Therefore, Plaintiff must pay the filing fee.  In the alternative, Plaintiff may file a new application to proceed *in forma pauperis* that is signed and contains the information required by the Court's order dated January 11, 2010.

Accordingly, the court ORDERS that:

1. Plaintiff application to proceed in forma pauperis is DENIED without prejudice;
2. Petitioner is ORDERED to pay the filing fee **or submit a complete, signed application to proceed *in forma pauperis*** within thirty days of this order's date or service;
3. Failure to follow this order will result a recommendation that the action be dismissed.
4. IT IS SO ORDERED.

Dated:   **January 28, 2010**                                              /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE