IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA LOPEZ, | ) Case No. 1:09-cv-02174-LJO-JLT |
| Plaintiff, | ) ORDER FOR SERVICE OF COMPLAINT |
| vs. | ) |
| MARTHA JOHNSON and RENEE RICHARDSON, | ) |
| Defendants. | ) |

The Court finds that Plaintiff appears to state a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants RENEE RICHARDSON and the KERN COUNTY HOUSING AUTHORITY. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendant Renee Richardson, in her individual capacity, and as to the Kern County Housing Authority based upon the First Amended Complaint which names Ms. Richardson in her official capacity;

2. The Clerk of the Court shall send Plaintiff two USM-285 form, two summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 15, 2010 (Doc. 18);

3. Within thirty days from the date of this order, Plaintiff shall complete the attached

Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.     Completed summonses;

        b.     One completed USM-285 form for each defendant listed above; and

        c.     Two (2) copies of the endorsed complaint filed March 16, 2010.

      4.     Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **August 5, 2010**                                       /s/ Jennifer L. Thurston
                                                                      UNITED STATES MAGISTRATE JUDGE