IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA LOPEZ, | Case No. 1:09-cv-02174 LJO JLT |
| Plaintiff, | ORDER GRANTING REQUEST FOR REIMBURSEMENT |
| vs. | (Doc. 32) |
| MARTHA JOHNSON and RENEE RICHARDSON, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 23, 2010, the Court ordered the United States Marshal to serve process upon Defendants Renee Richardson, in her individual capacity, and the Kern County Housing Authority. (Doc. 25.)  The Marshal was directed to attempt to secure a waive of service before attempting personal service on Defendants.  If a waiver of service was not returned within sixty days, the Marshal was directed to effect personal service on Defendants in accordance with the provisions of Rule 4 of the Federal Rule of Civil Procedure, without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

On February 7, 2011, the United States Marshal filed a return of service with a USM-285 form showing total charges of $329.50 for effecting personal service on Defendant Richardson and

and total charges of $329.50 for effecting personal service on the Kern County Housing Authority. (Doc. 32.) The USM-285 form also shows that waiver of service forms were mailed to each of the defendants on October 5, 2010, and that no response was received from either defendant as of December 22, 2010. (Id.)

Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons . . . .
>
> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

Fed. R. Civ. P. 4(d)(2). The Court finds that Defendants Renee Richardson and the Kern County Housing Authority were given the opportunity required by Rule 4(d)(2) to waive service but failed to comply with the request.

Accordingly, it is **HEREBY ORDERED** that:

1. The February 7, 2011 request by the United States Marshal for reimbursement of service fees related to effecting personal service on Defendants Richardson and the Kern County Housing Authority (Doc. 32) is **GRANTED**.

2. Within twenty-one days from the date of this order Defendants Richardson and the Kern County Housing Authority shall each pay $329.50 to the United States Marshal, unless within that time a defendant files a written statement showing good cause for her failure to waive service. Defendants are warned that the Court does not intend to extend this twenty-one day period.

3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

Dated:  **February 9, 2011**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE